# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24MJ8381-LR |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Deported Alien Found in the United (Felony) |
| Ignacio SALVATERRA-Gallardo | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 2, 2024, within the Southern District of California, defendant, Ignacio SALVATERRA-Gallardo, being an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 3rd day of May, 2024.

_____
HON. LUPE RODRIGUEZ JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ignacio SALVATERRA-Gallardo

## STATEMENT OF FACTS

The Complaint and Statement of Facts are based upon the investigative report of Border Patrol Agent (BPA) A. Espinoza that defendant, Ignacio SALVATERRA-Gallardo (SALVATERRA), was found in the United States and was arrested on May 2, 2024, near Calexico, California.

On May 2, 2024, Border Patrol Agent (BPA) K. Chavez was conducting line watch duties approximately three miles west of the Calexico, California West Port of Entry. At approximately 9:45 a.m., BPA Chavez encountered two individuals in a ditch just north of State Highway 98 and the county dump, including one later identified as SALVATERRA. Through an immigration interview, SALVATERRA admitted to being a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain in the United States legally. SALVATERRA also admitted to entering the United States illegally by climbing over the Mexico/United States International Boundary Fence. SALVATERRA was arrested and transported to the El Centro Border Patrol Station for processing.

At the Border Patrol Station. SALVATERRA was advised of his Miranda rights. SALVATERRA acknowledged his rights and agreed to make a statement without an attorney present. SALVATERRA stated he was born in Mexico. SALVATERRA stated he crossed the border by using a ladder and climbing over the Boundary Fence. SALVATERRA stated he was removed from the United States in 2013. SALVATERRA

stated he did not seek permission from the Secretary of Homeland Security to re-enter the United States after being previously removed.

Record checks revealed SALVATERRA had been previously ordered removed from the United States on May 21, 2013 by a Designated Official. SALVATERRA was last removed from the United States to Mexico on June 10, 2013, through Calexico, California.

There is no evidence showing SALVATERRA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.